IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY M. GORMAN,<br><br>Defendant. | 6:22-po-5068-KLD<br><br>VIOLATION:  FBJF0085<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total of $140.00 ($100.00 fine, $30.00 processing fee and $10.00 special assessment).  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.  Payments may be made in the amount of $30.00 each month starting January 21, 2023.

DATED this 8th day of December, 2022.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge